IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN DARRELL BILLIOUPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:11-0436 |
| v. ) | Judge Trauger |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| and SGT. SHEILA STINSON, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On February 27, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 61), to which no timely objections have been filed.[1] The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion For Summary Judgment (Docket No. 56) is **GRANTED**, and all of plaintiff's claims against the defendants in this case are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 15th day of May 2012.

ALETA A. TRAUGER
U.S. District Judge

---

[1] On March 1, 2012, the plaintiff filed a "Motion to Withdraw Complaint" (Docket No. 63), which does not state objections to this Report and Recommendation.